### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 05-50095-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KENNETH W. WASHINGTON | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is Kenneth W. Washington's ("Defendant") Motion for Reconsideration of Order Denying Motion Requesting Clarification of Criminal Judgment and For Nunc Pro Tunc Order. See Record Document 31. Defendant maintains that this Court mistakenly inferred that he was essentially asking for his state and federal sentences to run concurrently. See id. at 1. Instead, Defendant contends that he is asking for clarification of the criminal judgment, which states that "t[]he defendant is to receive credit for any time served relative to this charge." Id.; see also Record Document 27 at 2. Specifically, he seeks credit for 348 days, which is the amount of time he served from the date of his arrest on April 12, 2005 until his sentencing hearing on March 27, 2006.

Defendant was arrested on April 12, 2005 in relation to a state probation violation, not federal charges. See Record Document 29 1-2. The United States Marshals Service did not enter its detainer relating to federal charges until September 30, 2005. See id., Exhibit E. The judgment in this case states that "the defendant is to receive credit for any time served relative to this charge," i.e., the federal charge Defendant plead guilty to on December 7, 2005. See id., Exhibit B at 2. There is simply no need for further clarification of such judgment, as it clearly states that Defendant is to receive credit for time served as to his federal charge, not his state probation violation.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration of Order Denying Motion Requesting Clarification of Criminal Judgment and For Nunc Pro Tunc Order (Record Document 31) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 21st day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE